# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RIDLEY, | ) | CASE NO. 1:18 CV 217 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND |
| COMMISSIONER OF SOCIAL | ) | RECOMMENDATION |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kathleen B. Burke (ECF #14). On January 29, 2018, Plaintiff, William Ridley, filed his Complaint (ECF #1) challenging the final decision of the Commissioner of Social Security Administration denying his claim for Supplemental Security Income ("SSI"). Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Burke.

On November 14, 2018, the Magistrate Judge issued her Report and Recommendation finding that the Commissioner's decision denying Disability Insurance Benefits was supported by substantial evidence and recommended that the Commissioner's decision be AFFIRMED. The Plaintiff filed a timely objection to the Report and Recommendation and the Commissioner filed a Response to Plaintiff's objection.

The Court has reviewed *de novo* those portions of the Magistrate Judge's Report and Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). The Court finds

Magistrate Judge Burke's Report and Recommendation to be thorough, well-written, well-supported, and correct. Further, Plaintiff's objections raise no arguments (factual or legal) that have not been fully and correctly addressed by the Magistrate's Report and Recommendation. The Court finds Plaintiff's objections are unwarranted. This Court, therefore, adopts the Magistrate's Report in its entirety. The Report and Recommendation of Magistrate Judge Burke (ECF #14) is ADOPTED. The decision of the Commissioner denying Plaintiff's request for Supplemental Security Income is AFFIRMED. Plaintiff's request that the case be reversed and remanded (ECF #1) is DENIED.

IT IS SO ORDERED.

DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2018